UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GORDON W. MCCAA

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NUMBER 09-72-SCR

**JUDGMENT**

Judgment is hereby rendered in favor of the plaintiff Gordon W. McCaa and against Michael J. Astrue, Commissioner of Social Security. Under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner denying the plaintiff's application for disability income benefits is reversed and this matter is remanded to the Commissioner for reevaluation of the plaintiff's claim for benefits.

Baton Rouge, Louisiana, April 19, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE